

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00193-CV

**IN RE** Michael Andrew **DAVIS** and Waterfleet, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Beth Watkins, Justice

Delivered and Filed: April 15, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On April 1, 2020, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 19-CI-13387, styled *Keith Michael Bratten v. Michael Andrew Davis and Waterfleet, LLC*, pending in the 224th Judicial District Court, Bexar County, Texas. The Honorable Karen Pozza signed the order at issue in this proceeding.